Paul D. Kelly, Esquire
Craig Annin & Baxter, LLP
41 Grove Street
Haddonfield, NJ 08033
(856) 795-2220
*Attorneys for Defendant*

| | |
|---|---|
| Patient Care Associates, LLC a/s/o ~~Peninsula~~ ~~Major~~<br><br>Plaintiffs,<br><br>v.<br><br>Automatic Data Processing, Inc.; ABC Corp. 1-10 (said names being fictitious entities)<br>Defendants. | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br><br>Civil Action: 2:12-cv-03718 |

## SUBSTITUTION OF ATTORNEY

The undersigned hereby consents to substitution of Edward S. Wardell, Esquire, and Matthew A. Baker, Esquire and Patrick J Murphy III, of the law firm ConnellFoley LLP as the attorneys for Defendant, Automatic Data Processing, Inc.

Dated: ~~October~~ November 5, 2012

CONNELLFOLEY, LLP

By: /s/ Edward Wardell
Edward S. Wardell, Esquire
Connell Foley LLP
Superseding Attorneys

CRAIG, ANNIN & BAXTER, LLP

By: /s/ Paul D. Kelly
Paul D. Kelly, Esquire
Withdrawing Attorney