# Connell Foley LLP
## ATTORNEYS AT LAW

85 Livingston Avenue
Roseland, NJ 07068-3702
(973) 535-0500
Fax: (973) 535-9217

**Attorneys (letterhead listing):**

John A. Pindar (1969); George W. Connell (2005); Adrian M. Foley, Jr.; George J. Kenny*; Kenneth F. Kunzman; Samuel D. Lord (2012); Richard D. Catenacci; Richard J. Badolato*; Peter D. Manahan; John B. Murray; Mark L. Fleder; Kevin J. Coakley; Thomas S. Cosma; Kathleen S. Murphy; Patrick J. McAuley; Peter J. Pizzi*+; Kevin R. Gardner; Robert E. Ryan; Michael X. McBride*; Jeffrey W. Moryan*; Edward S. Wardell; Peter J. Smith*; William P. Krauss; Brian G. Steller; Philip F. McGovern, Jr.; Karen Painter Randall; Liza M. Walsh; John P. Lacey*; Michael J. Crowley-; Timothy E. Corriston*; Patrick J. Hughes*+; James C. McCann*; John D. Cromie

Angela A. Iuso*; William T. McGloin*; Brendan Judge; Stephen A. Urban; Charles J. Harrington III+; Stephen V. Falanga*; Tricia O'Reilly*; Anthony F. Vitiello*+; Marc D. Haefner; Jonathan P. McHenry; Brad D. Shalit*; M. Trevor Lyons*; Craig S. Demareski*; W. Nevins McCann*; Thomas J. O'Leary*; Mitchell W. Taraschi; Michael A. Shadiack; Owen C. McCarthy*; Patricia A. Lee*+; Agnieszka Antonian*; Christopher J. Tucci+; Neil V. Mody*; Steve Barnett*; Thomas M. Scuderi*; Joseph M. Murphy*; Nancy A. Skidmore*; Christine S. Orlando; Jennifer C. Critchley*; Patrick S. Brannigan*; Christine I. Gannon*; Andrew C. Sayles*; William D. Deveau*

**Other Offices**

Harborside Financial Center
2510 Plaza Five
Jersey City, NJ 07311
(201) 521-1000
Fax: (201) 521-0100

888 Seventh Avenue
9th Floor
New York, NY 10106
(212) 307-3700
Fax: (212) 262-0050

1500 Market Street
12th Floor,
East Tower
Philadelphia, PA 19102
(215) 246-3403
Fax: (215) 665-5727

Liberty View
457 Haddonfield
Road, Suite 230
Cherry Hill, NJ 08002
(856) 317-7100
Fax: (856) 317-7117

The Atrium, Suite E
309 Morris Avenue
Spring Lake, NJ 07762
(732) 449-1440
Fax: (732)449-0934

**Counsel:** John W. Bissell; Eugene J. Codey, Jr.; Francis J. Orlando; Francis E. Schiller*; Eugene P. Squeo*; Brian P. Morrissey-; Noel D. Humphreys*; Anthony Romano II*

Douglas J. Short*; James M. Merendino; Michele T. Tantalla*; Hector D. Ruiz*; Robert A. Verdibello*; Philip W. Allogramento III*; Stephen D. Kessler; Christopher Abatemarco*; Anthony J. Corino*; Ingrid E. da Costa; Meghan Barrett Burke*; Rukhsanah L. Singh*; Brittany E. Miano*; Stacie L. Powers*; Nicole B. Dory*; Michael Bojbasa-; Christopher M. Hemrick*; Susan Kwiatkowski*; Melissa D. Lopez; Andrew L. Baron*; Jason D. Falk*; Michael J. Shortt+; Victoria N. Manoushagian*; Patrick J. Murphy, III*

Karin I. Spalding*; Jodi Anne Hudson*; Richard A. Jagen; Jason E. Marx*; Alexis E. Lazzara; Gail Goldfarb; Thomas Vecchio+; Daniel B. Kessler*

Meghan K. Musso*; Brendan W. Carroll*; Eleonore Ofosu-Antwi*; Edmund J. Caulfield*; Sydney J. Darling*; Jessica L. Palmer*; Neil V. Shah*; Stephen R. Turano*; Steven A. Kroll*; Robert M. DiPisa*; Matthew A. Baker+; Michael J. Creegan*; Thomas M. Blewitt, Jr.+; Brian S. Wolfson; Mary F. Hurley; Danielle M. Novak+; Katelyn O'Reilly; James E. Figliozzi-; Matthew D. Fielding*; Melissa L. Hirsch+; Mariel L. Belanger*; Nicholas W. Urciuoli; Kerry C. Donovan; Genevieve L. Horvath

*Also Admitted in New York
+Also Admitted in Pennsylvania
-Only Admitted in New York

Please Reply to Roseland, NJ

March 1, 2013

**VIA ECF AND FEDERAL EXPRESS**

Hon. Patty Shwartz, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King, Jr. Federal Building & U.S. Courthouse
50 Walnut St., Newark, NJ 07101

    Re: *Patient Care Associates, LLC a/s/o Patrica M. v. Automatic Data Processing, Inc. et al.*,
       Civ. No. 12-3718 **(DRD/PS)**

Dear Judge Shwartz:

    This firm represents Defendant Automatic Data Processing, Inc. (hereinafter "ADP") in the above-referenced matter. Enclosed please find ADP's unopposed Motion to Seal the Confidential Certification of Michael C. McNamara with certain Confidential Exhibits annexed thereto. (Doc. No. 17). Specifically, we enclose the following:

1. Notice of Motion to Seal;

2. Letter Brief in Support of Motion;

3. Certification of Patrick J. Murphy, Esq. with Exhibits annexed thereto;

4. Proposed Order; and

5. Certificate of Service.

2865593-01

Hon. Patty Shwartz, U.S.M.J.
March 1, 2013
Page 2

      Please note that Exhibit C to the Certification of Patrick J. Murphy, III, which contains Redacted and Unredacted versions of Confidential Exhibits 1-7 to the Confidential Certification of Michael C. McNamara, has been submitted *in camera*.

      We thank the Court for its consideration of this matter, and should Your Honor or Your Honor's staff have any questions, we are always available.

      Respectfully submitted,

      *s/ Patrick J. Murphy, III*

      Patrick J. Murphy, III

Cc:  Andrew R. Bronsnick, Esq. (Via ECF and Email)

2865593-01