Edward S. Wardell
Patrick J. Murphy, III
Matthew A. Baker
CONNELL FOLEY LLP
Liberty View
457 Haddonfield Road, Suite 230
Cherry Hill, NJ 08002
T (856) 317 7100
F (856) 317 7117

*Attorneys for Defendant*
*Automatic Data Processing, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PATIENT CARE ASSOCIATES, LLC a/s/o PATRICIA M., <br><br> Plaintiff, <br><br> vs. <br><br> AUTOMATIC DATA PROCESSING, INC. ET AL., <br><br> Defendants. | Civ. No. 12-3718 (DRD/PS) <br><br> **CERTIFICATION OF** <br> **PATRICK J. MURPHY, III** |

I, Patrick J. Murphy, III, hereby certify and state:

1.     I am an attorney at law at Connell Foley LLP, am admitted to practice before the Court, and am counsel of record for Defendant Automatic Data Processing, Inc. (hereinafter "ADP") in the above-referenced matter.

2.     ADP is hereby requesting the entry of an Order permanently Sealing the Confidential Certification  of Michael C. McNamara with Confidential Exhibits 1-7 annexed thereto (hereinafter the "Confidential Exhibits") that were filed under temporary seal on February 8, 2013, in support of ADP's pending Motion for Summary Judgment.  (Doc. Nos. 16, 17).

2863693-01

3.      This motion is made pursuant to Local Civil Rule 5.3(c) and pursuant to the Discovery Confidentiality Order entered on January 23, 2013. (Doc. No. 15). A true and accurate copy of the Discovery Confidentiality Order is attached hereto as **Exhibit A.**

4.      In support of ADP's present Motion to Seal, I have prepared a Chart identifying each of the Confidential Exhibits containing the confidential information to be sealed and further explaining: (a) the legitimate private or public interests which warrant the relief sought; (b) the clearly defined and serious injury that would result if the relief sought is not granted; (c) why a less restrictive alternative to the relief sought is not available; and (d) the position of the Plaintiff concerning the request to seal. A copy of the Chart is attached hereto as **Exhibit B**.

5.      Redacted and unredacted versions of the documents to be sealed are attached hereto as **Exhibit C**:

| Exhibit | Description | Portions Subject to a Sealing Request |
| --- | --- | --- |
| C | Certification of Michael C. McNamara with Exhibit A and Confidential Exhibits 1-7 | Confidential Exhibits 1-7 |

6.      All other information contained in the Confidential Certification of Michael C. McNamara has been filed publicly on the docket. (Doc. No. 16, Entry # 5-7).

I certify under penalty of perjury that the foregoing is true and correct.


Dated: March 1, 2013                    *s/ Patrick J. Murphy, III*
                                        Patrick J. Murphy, III

2

2863693-01