<table>
<tr><td>JOSEPH A. MASSOOD<br>ANDREW R. BRONSNICK °*<br>_____<br><br>°Certified by the Supreme Court of<br>  New Jersey as a Civil Trial Attorney<br><br>*NJ, NY, DC and MD Bars<br>^ NJ and NY Bars<br>+ NJ, NY, DC and WA Bars</td><td align="center"><b>MASSOOD & BRONSNICK, LLC</b><br><br>COUNSELLORS AT LAW<br><br>50 PACKANACK LAKE ROAD EAST<br>Wayne, New Jersey 07470-6663<br>(973) 696-1900<br>Fax (973) 696-4211<br><br>Email: ABRONSNICK@MASSOODLAW.COM<br><br>Reply to Wayne</td><td>KEVIN J. SAVAGE +<br>BRENDAN H. MORRIS ^<br>ALLISON T. KURTZ<br>DANIELLE L. VERGA ^<br>KIMBERLY A. KOPP<br><br><u>PARALEGALS</u><br>ELIZABETH BABITSCH<br>DARA K. SIERRA<br><br><u>PASSAIC OFFICE</u><br>647 Main Ave, Suite 203<br>Passaic, NJ 07055<br>973-779-4200<br>973-777-7977-f</td></tr>
</table>

March 12, 2013

**<u>Via ECF</u>**
Honorable Joseph A. Dickson, U.S.M.J.
United States District Court
District of New Jersey
Martin Luther King, Jr.
Federal Building & U.S. Courthouse, 4th Floor
50 Walnut Street
Newark, NJ 07102

       *Re:*    *Patient Care Associates a/s/o P.M. v. Automatic Data Processing, Inc.*
                *Civil Action No.: 2:12-cv-03718*

Dear Judge Dickson:

    Please be advised the parties have resolved the above-referenced case. With consent of my adversary, we respectfully request entry of a sixty (60) day order dismissing the case with prejudice in light of the proposed settlement.

    Thank you for your consideration of this matter.

                                          Respectfully,

                                          ANDREW BRONSNICK, ESQ.

cc: Edward S. Wardell, Esq.  (Via ECF)